FILED
2009 Jul-23 AM 11:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 2:09-cr-127-IPJ-HGD

TERRY RAY COOPER,

      DEFENDANT.

### ORDER

The defendant having filed a motion to suppress (doc. 9), the magistrate judge having filed a Report and Recommendation (doc. 10) that said motion be denied, and the court having considered said motion and the Report and Recommendation, and being of the opinion that the motion is due to be denied;

It is therefore **ORDERED** by the court that the magistrate's Report and Recommendation is **ADOPTED** and the motion to suppress be and hereby is **DENIED**.

**DONE** and **ORDERED** this the 23rd day of July, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE